

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

# Mars Khaimov Law, PLLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2021
```

January 21, 2021

**MEMO ENDORSED**

**VIA ECF**

Hon. Judge Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>Paguada v. FYF-Eve's, LLC</u>
Case No. 1:20-cv-08268-VEC

Dear Judge Caproni,

The undersigned represents Plaintiff Josue Paguada (hereinafter "Plaintiff") in the above-referenced matter.

The initial conference for this matter is set for January 29, 2021. Defendant was served on October 14, 2020 and has yet to appear.

Accordingly, the undersigned requests that the January 29th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain a Certificate of Default and present the Court with an Order to Show Cause for default judgment if Defendant fails to appear by then.

Thank you for your time and consideration of the above request.

Application GRANTED in part.  The initial pretrial conference scheduled for January 29, 2021 is canceled.  If Defendant has not appeared or answered by **February 5, 2021**, Plaintiff must move for Default Judgment consistent with the Court's individual practices.

**/s/Mars Khaimov**
Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**

SO ORDERED.

*Valerie Caproni* (signature)

1/21/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE