大成 DENTONS

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D   +1 212 768 6821

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

# MEMO ENDORSED

February 3, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Paguada v. FYF-EVE'S, LLC: Case No. 1:20-cv-08268-VEC

Dear Judge Caproni:

We represent defendant FYF-EVE'S, LLC ("Defendant") in the above-referenced matter.  Defendant's counsel has recently been retained to represent it in the above-referenced action.

Together with counsel for plaintiff, Josué Paguada, we write now to jointly and respectfully request that this Court re-schedule the Initial Pretrial Conference, previously scheduled for January 29, 2021 at 10:00 a.m. but then canceled by this Court's January 21, 2021 Order (Dkt. 8), to a date and time of the Court's convenience, and to stay Defendant's deadline to answer, move, or otherwise respond to the Complaint until such date and time, as is Your Honor's regular practice.

The parties appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

---

Application GRANTED.  The initial pretrial conference is adjourned to **March 12, 2021 at 10:00 a.m.**  The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 8268.  The parties' joint letter is due by **March 4, 2021.**  No later than **February 26, 2021**, the parties must meet and confer for at least one hour in a good-faith attempt to settle this case. To the extent the parties are unable to settle the case themselves, the parties must also discuss whether further settlement discussions through the District's court-annexed mediation program or before this case's assigned Magistrate Judge would be helpful.  The parties' joint letter must include confirmation that the parties have met and conferred.  Defendant's time to answer, move, or otherwise respond to the complaint is stayed pending the initial pretrial conference.

SO ORDERED.

*[signature: Valerie Caproni]*   2/3/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE